IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CHRIS STARK, individually and as   )
successor in interest to ANGELA    )
STARK; and ANN BOTSFORD,           )
                                   )   2:06-cv-1450-GEB-GGH
                 Plaintiffs,       )
                                   )
     v.                            )   ORDER
                                   )
ORTHO-MCNEIL PHARMACEUTICAL, INC.; )
JOHNSON & JOHNSON; JOHNSON &       )
JOHNSON PHARMACEUTICAL RESEARCH    )
AND DEVELOPMENT, L.L.C.; and DOES  )
1 through 50, inclusive,           )
                                   )
                 Defendants.       )
_____)
```

       The parties filed a Joint Request on October 17, 2006, in which they request that "pending a decision on transfer [of this action to MDL 1742, In re: Ortho Evra Products Liability Litigation,] . . . this Court vacate the Status Conference, set for November 6, 2006, and relieve the parties of the obligation to submit a Joint Report . . . on October 23, 2006." (Joint Request at 2.) The status conference will not be vacated, but instead is rescheduled to commence at 9:00 a.m. on February 26, 2007; further, the parties shall file a joint status report no later than February 12, 2007, in which they

1

only explain whether a decision has issued regarding the effort to transfer this action, and if so, the contents of that decision.

IT IS SO ORDERED.

Dated: October 17, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge