United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

November 22, 2006

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Re: **MDL 1742 Ortho Evra Products Liability Litigation**

| <u>Transfer of Civil Cases</u> | CAE# |
|---|---|
| **Martin, et al.  v Ortho-McNeil Pharmaceutical** | 1:06-833 |
| **Stark, et al.  v Ortho-McNeil Pharmaceutical** | 2:06-1450  *GEB* |

Dear Sir/Madam:

    Enclosed is a certified copy of the Conditional Transfer Order (CTO-23) by the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

    <u>**If case has been entered into CM/ECF please e-mail Clerk's Office at the addresses below after the case has been closed. We will retrieve documents electronically. If case is not available on the internet, please provide only a copy of complaint and a certified copy of docket sheet.**</u>

    Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk


By _____
   Renee Schumitsh
   MDL Coordinator
   (216) 357-7017

**Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov**

cc: MDL

Case 2:06-cv-01450-GEB-GGH Document 15 Filed 01/23/07 Page 2 of 3



A CERTIFIED TRUE COPY
NOV 1 4 2006
ATTEST [signature]
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: Jennifer Dudinski
Deputy Clerk

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OCT 26 2006
FILED
CLERK'S OFFICE

**DOCKET NO. 1742**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-23)**

2006 NOV 22 AM 8:57
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OHIO
CLEVELAND

FILED

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 246 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 1 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

63

## SCHEDULE CTO-23 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 06-1687 | Elizabeth Ruth Dodd v. Johnson & Johnson, et al. |
| ALN 2 06-1987 | Regina Burruss v. Johnson & Johnson, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-5054 | Tamara Randolph v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| CAC 5 06-882 | Deana Eckert v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 1 06-833 | Tamara Lynn Martin, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| CAE 2 06-1450 | Chris Stark, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **COLORADO** | |
| CO 1 06-1993 | Myndee Allen v. Johnson & Johnson, et al. |
| CO 1 06-1994 | Laurie Olson v. Johnson & Johnson, et al. |
| **GEORGIA NORTHERN** | |
| GAN 1 06-2351 | Latoya Clay v. Johnson & Johnson, et al. |
| **ILLINOIS CENTRAL** | |
| ILC 2 06-2173 | Shirley James v. Johnson & Johnson, et al. |
| **KENTUCKY EASTERN** | |
| KYE 2 06-172 | Elizabeth Budrick, et al. v. Johnson & Johnson, et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 06-166 | Regina Townsend v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **NEW JERSEY** | |
| NJ 2 06-4114 | Sara Ramsdell v. Johnson & Johnson, et al. |
| NJ 2 06-4115 | Bridgette Carter v. Johnson & Johnson, et al. |
| NJ 2 06-4116 | Natalia Iglesias, et al. v. Johnson & Johnson, et al. |
| NJ 2 06-4117 | Tabatha Robbins Cooper, et al. v. Johnson & Johnson, et al. |
| NJ 3 06-3839 | Brandi Bennett v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **PENNSYLVANIA MIDDLE** | |
| PAM 3 06-1645 | Tanya Wagner v. Johnson & Johnson, et al. |
| **SOUTH CAROLINA** | |
| SC 2 06-2722 | Peggy J. Funny-Roane v. Johnson & Johnson, et al. |
| **UTAH** | |
| UT 2 06-796 | Christina Robinson, et al. v. Johnson & Johnson, et al. |